Scottlynn J Hubbard IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff Robert Dodson

Kathleen E. Finnerty, SBN 157638
**FINNERTY LAW OFFICES INC.**
1520 Eureka Road, Suite 101
Roseville, CA 95661
Telephone: (916) 78103466
kfinn@kfinnertylaw.com

Attorneys for Defendant Gold Country Foods, Inc. dba Taco Bell #2416

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Dodson,<br><br>    Plaintiff,<br><br>    v.<br><br>Gold Country Foods, Inc. *et al.*,<br><br>    Defendant. | Case No. 2:13-cv-00336-TLN-DAD<br><br>**Stipulation and Order to Continue Date to File Dispositional Documents**<br><br>Current Deadline: November 4, 2014<br><br>Honorable Judge Troy L. Nunley |

The following Stipulation is entered into by and between Plaintiff Robert Dodson ("Plaintiff") and Defendant Gold Country Foods, Inc. dba Taco Bell #2416 ("Defendant") (collectively the "Parties"):

**WHEREAS**, on October 15, 2014, during the Settlement Conference in this matter the Parties were able to reach a settlement in principal and have now agreed upon the terms of the Parties' Settlement Agreement.

**WHEREAS**, the terms of the Parties' Settlement Agreement provide that Defendant shall make the full settlement payment in two separate payments with the final payment to be paid within one hundred eighty (180) days of the first payment in this matter.

**WHEREAS**, the terms of the Parties' Settlement Agreement further provide that Plaintiff shall file a Stipulation for Dismissal with Prejudice within five (5) days of receiving the full settlement sum.

**WHEREAS**, during the October 15, 2014 Settlement Conference the Parties and the Court agreed to having the Court retain jurisdiction over this matter for purposes of enforcing the settlement.

**THEREFORE,** the Parties jointly stipulate and request that this Court enter an order as follows: The last date to file dispositional documents be continued, for at least one hundred ninety (190) days to allow for the Parties to fulfill their obligations under the terms of the Settlement Agreement in this matter.

**IT IS SO STIPULATED.**

Dated: November 4, 2014        DISABLED ADVOCACY GROUP, APLC

*/s/ Scottlynn J Hubbard IV                /*
Scottlynn J Hubbard IV, Esq.
Attorney for Plaintiff Robert Dodson

Dated: November 4, 2014        FINNERTY LAW OFFICES INC.

Kathleen E. Finnerty, Esq.
Attorney for Defendant Gold Country Foods, Inc. Dba Taco Bell #2416

1
2  ORDER ON STIPULATION
3
4   Good cause appearing, IT IS HEREBY ORDERED that the last date to file dispositional documents be continued to May 15, 2015.
5
6
7  IT IS SO ORDERED.
8  Dated:  November 6, 2014

_____
Troy L. Nunley
United States District Judge